UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re:                                            )
SOUTHERN REDI-MIX CORPORATION,                    )    Chapter 11
    Debtor                                        )    17-13790
                                                  )

**NOTICE OF APPEARANCE AND**
**REQUESTS FOR ALL ORDERS, NOTICES AND PLEADINGS**

    Now comes G. Lopes Construction, Inc.,, a party in interest (a creditor) in the above-captioned Bankruptcy proceeding and, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties in interest (Rule 2002 (a), (b, (c)), whether sent by the Court, the Debtor or any other party in the case, be sent to the undersigned; and that the undersigned be added to the Court's master mailing matrix:

    G. Lopes Construction, Inc.
    c/o John E. Zajac, Esquire
    CARMICHAEL & ZAJAC, P.C.
    170 High Street
    Taunton, MA 02780

                              Respectfully submitted,
                              G. Lopes Construction, Inc.
                              By its Attorney,

                              */s/ John E. Zajac*

                              John E. Zajac, Esquire
                              `CARMICHAEL & ZAJAC, P.C.`
                              170 High Street
                              Taunton, MA 02780
                              Telephone: 508-821-2552
                              Facsimile: 508-821-2566
                              jezesq@cs.com

Dated: October  12, 2017

# **CERTIFICATE OF SERVICE**

I, John E. Zajac, do hereby certify that on October 12, 2017, I filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ALL ORDERS, NOTICES AND PLEADINGS to the Clerk of the Bankruptcy Court, and served same in the following manner upon the interested parties:

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:

John M. McAuliffe
McAuliffe & Associates, P.C.
430 Lexington Street
Newton, MA 02466
(617) 558-6889
Email: john@jm-law.net

Assistant U.S. Trustee
John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

*/s/ John E. Zajac*
_____
John E. Zajac, Esquire