UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>SOUTHERN REDI-MIX CORPORATION<br>Debtor | **EMERGENCY MOTION**<br>**TO CONTINUE HEARING DATE**<br><br>Case No. 17-13790-FJB<br>(Chapter 11) |

NOW COMES Mechanics Cooperative Bank (hereinafter "SRMC), the senior secured creditor of Southern Redi-Mix Corporation (hereinafter "Debtor"), and by its counsel, David M. Baker, Esq. (hereinafter "Attorney Baker"), hereby respectfully moves this Honorable Court **to continue the hearing scheduled for October 13, 2017 at 2:00 PM on Debtor's "first day motions" to Monday, October 16, 2017 at 2:00 PM**.

IN SUPPORT of this Emergency Motion, MCB states as follows:

1.	Attorney Baker is unable to participate in the aforementioned hearing either in person or telephonically due to a prior family commitment.

2.	Attorney Baker spoke with Debtor's counsel, John McAuliffe (hereinafter "Attorney McAuliffe") yesterday morning at which time Attorney McAuliffe advised Attorney Baker that Debtor would be filing Chapter 11 mid-day, and consequently, the automatic stay would go into effect preventing MCB from proceeding with a scheduled contempt hearing in the Bristol County, MA Superior Court at 3:30 PM.  During this discussion, Attorney Baker advised Attorney McAuliffe that if the Court were to schedule so-called "first day motions" today, that Attorney Baker would be unable to participate. Attorney McAuliffe was certainly understanding of Attorney Baker's predicament, however, he nevertheless pointed out that he had no control over when the Court would schedule said first day motions.  Attorney Baker then advised Attorney McAuliffe that if the Court scheduled said first day motions for the following day, i.e., today, that Attorney Baker would need to file an emergency motion seeking a continuance.  Attorney

McAuliffe and Attorney Baker spoke again this morning by telephone, and Attorney Baker again advised that he may need to file this Motion.

3. Attorney Baker has reviewed the first day motions filed by Debtor, and it is the position of MCB that the only exigent circumstance that arguable would require the Court's attention today would be the issue of employee payroll. However, Debtor's pleadings assert that payroll is made on Mondays, not Fridays.

4. MCB, through Attorney Baker, is only requesting literally a one business day continuance to Monday, October 16, 2017, and if this Motion is granted, MCB maintains that no irreparable harm would be suffered by Debtor.

**WHEREFORE**, MCB respectfully requests this Honorable Court to grant the above prayed for relief and to grant such other relief as the Court deems just and proper.

Dated: October 13, 2017

Respectfully submitted,
MCB, by its Attorney,

/s/ David M. Baker
David M. Baker, Esq.
D. Baker Law Group, P.C.
10 North Main Street
Fall River, MA 02720
(508) 674-3841
B.B.O. #638042

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>SOUTHERN REDI-MIX CORPORATION<br>Debtor | Case No. 17-13790-FJB<br>(Chapter 11) |

## **CERTIFICATE OF SERVICE**

I, David M. Baker, Esq., attorney for Mechanics Cooperative Bank (hereinafter "MCB"), the senior secured creditor of Southern Redi-Mix Corporation (hereinafter "Debtor") hereby certify that I served a copy of MCB's Emergency Motion to Continue Hearing upon the following interested parties electronically through the Court's CM/ECF system:

Counsel for Southern Redi-Mix Corporation
John M. McAuliffe, Esq.
McAuliffe & Associates, P.C.
430 Lexington Street
Newton, MA 02466

Acting U.S. Trustee
John P. Fitzgerald, Esq.
John. W. McCormack Post Office and Court House
5 Post Office Square, Suite 1000
Boston, MA 02109-3945

Counsel for G. Lopes Construction, Inc.
John E. Zajac, Esq.
Carmichael and Zajac PC
170 High Street
Taunton, MA 02780

I further certify that I served a copy of said Motion upon the Debtor via first class mail, postage prepaid.

Dated: October 13, 2017                     /s/ David M. Baker
                                            David M. Baker, Esq.
                                            D. Baker Law Group, P.C.
                                            10 North Main Street
                                            Fall River, MA 02720
                                            (508) 674-3841
                                            B.B.O. #638042