UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____
IN RE:                                            )
                                                  )
SOUTHERN REDI-MIX                                 )    Chapter 11
CORPORATION                                       )
                                                  )    Case No. 17-13790-FJB
     Debtor                                      )
_____)

**RESPONSE TO EMERGENCY MOTION TO CONTINUE HEARING**

NOW comes, Southern Redi-Mix Corporation (the "Debtor") and herein responds to the Emergency Motion to Continue Hearing Date (Docket No. 14) as follows:

1. By and through Mechanics Cooperative Bank's Motion to Continue, the creditor represents that the Debtor's payroll obligations are made on Mondays, not Fridays and accordingly, that no harm will result from any short delay of Debtor's motion to pay its payroll obligations.

2. To the contrary, Paragraph 8 of Debtor's Motion represents that it last issued checks to its employees of Friday, October 6, and is set to issue checks todays, October 13, 2017. See Motion to Pay Wages, ¶ 8. Paragraph 10 of the Affidavit of George Keelan further supports this contention. Id. Moreover, Massachusetts law requires prompt payment of these wages. See M.G.L. ch. 149, § 148.

3. Accordingly, Debtor prays that, in the event the Court allows the Motion to Continue as to Debtor's other first day motions, the Court allow Debtor's Motion to Pay Wages this 13th day of October, 2017.

                                           Respectfully submitted,
                                           SOUTHERN REDI-MIX CORPORATION
                                           Debtor-in-Possession
                                           By its counsel,

                                         */s/Michael K. Lane*_____
                                           Michael K. Lane (BBO# 673501)
                                           John M. McAuliffe (BBO# 555109)
                                           McAuliffe & Associates, P.C.
                                           430 Lexington Street

                                Newton, MA 02466
                                (617) 558-6889
                                MLane@JM-Law.net

Dated:  October 13, 2017