UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Southern Redi-Mix Corporation     **Case/AP Number** 17-13790 -FJB
**Chapter** 11

#5 Expedited Motion filed by Debtor Southern Redi-Mix Corporation for Use of Cash Collateral. (McAuliffe, John)
#12 Affidavit of Gregory Keelan in Support. (McAuliffe, John)

Objections Due 10-13-2017 by 12:00 Noon

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied     _____Denied without prejudice     _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. For the reasons stated on the record, the Debtor's expedited motion for authorization to use cash collateral is hereby granted. To avoid irreparable harm to the Debtor and the bankruptcy estate, the Debtor is authorized to use cash collateral on an interim basis in accordance with the proposed budget until November 9, 2017 at 11:59 p.m., unless the Court orders that the time be shortened. The Debtor shall confer with the United States Trustee regarding information required for the budget projections and file amended budget projections by October 18, 2017 at 4:30 p.m.

The Court will hold a final hearing on the use of cash collateral on November 9, 2017. The Court will issue a further notice concerning the hearing time and location.

The Debtor shall, on or before October 16, 2017 at 12:00 p.m., file a certificate of service for all of its First Day Motions.

IT IS SO ORDERED:

*Frank J. Bailey*

_____Dated: 10/13/2017
Frank J. Bailey
United States Bankruptcy Judge