ROBERT T. BONSIGNORE, ESQUIRE
PEOPLE'S UNITED EQUIPMENT FINANCE CORP.
300 Frank W. Burr Boulevard
Suite 50
Teaneck, New Jersey 07666
(201) 801-0300
Counsel for People's United Equipment Finance Corp.

**UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts (Boston)**

_____

In re:

Southern Redi-Mix Corporation

    Debtor(s).

_____:

Case No. 17-13790
Chapter 11

NOTICE OF APPEARANCE/
DEMAND FOR SERVICE OF
PAPERS

    PLEASE TAKE NOTICE that the undersigned appear for People's United Equipment Finance Corp., a creditor and/or party in interest (hereinafter "Creditor") of the above captioned debtor. Request is hereby made, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all papers, pleadings, Motions and applications served or required to be served in this case, be given to and served upon the undersigned.

    PLEASE TAKE FURTHER NOTICE, that the forgoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, Orders and notice of any application, Motion, petition, pleading, request, Complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may affect in any way rights or interests of the Creditor with respect to the Debtor or any related entity, or proceeds thereof in which the Debtor may claim an interest.

This appearance and request for notice is without prejudice to the Creditor's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit to the Creditor to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case or a proceeding therein.

PEOPLE'S UNITED EQUIPMENT FINANCE CORP.

Dated: October 16, 2017

By: /s/Robert T. Bonsignore
Robert T. Bonsignore
Associate General Counsel
People's United Equipment Finance Corp.
300 Frank W. Burr Boulevard
Suite 50
Teaneck, New Jersey 07666

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice has been mailed via regular U.S. Mail, postage prepaid, or electronically mailed to the following parties on this the 16th day of October, 2017.

**Debtor**
**Southern Redi-Mix Corporation**
99 Clay Pit Road
Marshfield, MA

**Attorney for Debtor**
**Michael K. Lane**
McAuliffe & Associates
430 Lexington Street
Newton, MA 02466

**John M. McAuliffe**
McAuliffe & Associates, P.C.
430 Lexington Street
Newton, MA 02466

**Assistant U.S. Trustee.**
John Fitzgerald
Office of the U.S. Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10 Floor, Suite 1000
Boston, NA 02109

/s/Trudy Clancy
Trudy Clancy
Legal Assistant
People's United Equipment Finance Corp.
300 Frank W. Burr Boulevard, Suite 50
Teaneck, New Jersey 07666
(201) 801-0300