UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SOUTHERN REDI-MIX CORPORATION, ) | Chapter 11 |
| ) | Case No. 17-13790-FJB |
| Debtor ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for Lehigh Cement Company, LLC, a creditor of the Debtor and whose address is 7660 Imperial Highway, Allentown, PA 18195 ("Lehigh") and, pursuant to Bankruptcy Rules 9010 and 2002, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at his office and address set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands: (1) which may directly, or indirectly, affect or seek to affect in any way any rights or interests of Lehigh with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or claims or other property or proceeds thereof in the possession, custody or control of Lehigh; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Lehigh; or (3) which may otherwise affect the Debtor or property of the Debtor.

PLEASE TAKE FURTHER NOTICE that Lehigh intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Lehigh's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) Lehigh's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) Lehigh's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Lehigh is or may be entitled under agreements, in law or in equity, all of which rights, claims, defenses, set-offs, and recoupments Lehigh expressly reserves.

LEHIGH CEMENT COMPANY, LLC

By its attorneys,

/s/ James M. Liston
James M. Liston, BBO # 301750
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
617/422-0200
jml@bostonbusinesslaw.com

Dated:  October 16, 2017

## CERTIFICATE OF SERVICE

I, James M. Liston, hereby certify that on October 16, 2017 I served a true and correct copy of the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS on the individuals below through the electronic case filing system:

- David M. Baker    bankruptcy@dbakerlawgroup.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Michael K. Lane    mlane@jm-law.net, mklane.esq@gmail.com
- John M. McAuliffe    john@jm-law.net, kathryn@jm-law.net
- John E. Zajac    jezesq@cs.com, jezesq@cs.com

/s/James M. Liston
James M. Liston, BBO # 301750