# United States Bankruptcy Court
## District of Massachusetts

In re   **Southern Redi-Mix Corporation**                                            Case No.
                                      Debtor(s)                                        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 16, 2017**              **/s/ Gregory Keelan**
                                          **Gregory Keelan**/**President**
                                          Signer/Title

Abby Enterprises, Inc.
147 Clay Pit Road
Marshfield, MA 02050

Acardia Insurance Co
290 Donald Lynch Blvd
Marlborough, MA 01752

All Cape Spring/Southeast
147 State Road, Route 3A
P.O. Box 1503
Sagamore Beach, MA 02562

American Express
P.O.Box 981535
El Paso, TX 79998

Amur Equipment Finance
P.O. Box 2555
308 N. Locust Street, Suite 100
Grand Island, NE 68801

Another Realty Trust
130 Clay Pit Road
Marshfield, MA 02050

Apex Chemical
P.O. Box 65
Ormond Beach, FL 32175

Beth Israel Deaconess Plymouth
45 Resnik Road Suite 201
Plymouth, MA 02360

BID Plymouth Occupational Health
45 Resnik Road, Suite 201
Plymouth, MA 02360

Boral Resources
P.O. Box 843922
Dallas, TX 75284

Briggs Engineering
P.O. Box 369
Rockland, MA 02370

Caira Business Forms
77 Prospect Street
Marshfield, MA 02050

Camerota Truck Parts
35 Washington Street
Westborough, MA 01581

Cape Cod Redi Mix
P.O. Box 399
Orleans, MA 02653

Cape Cod Redix
P.O. Box 399
Orleans, MA 02653

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

Capital Stack
11 Broadway, Suite 814
New York, NY 10004

Central Steel
85 Ames Street
Marlborough, MA 01752

CEPI Construction Equipment Parts
P.O. Box 540306
Dallas, TX 75220

Champion Energy Services, LLC
1500 Rankin Road, Suite 200
Houston, TX 77073

Chem Station Boston
96 Mootr Road
East Weymouth, MA 02189

Chem-Aqua
P.O. Box 152170
Irving, TX 75015

Ciment Quebec
145 du Centenaire Blvd
Quebec, Canada GOA 3G0

CJ Plumbing & Heating
P.O. Box 122
East Bridgewater, MA 02333

Classic Tractor Services, LLC
201 Grove Street
Kingston, MA 02364

Coast 2 Coast, Inc.
4498 Petersburg Road
Burlington, KY 41005

Columbia Gas of MA
P.O. Box 2514
Cincinnati, OH 45274

```
Comcast
P.O. Box 1777
Newark, NJ 07101

Commercial Credit Group, Inc.
400 Essjay Road, Suite 340
Buffalo, NY 14221

Dennis K. BUrke, Inc.
P.O. Box 6060
Chelsea, MA 02150

Donellon, Orcutt, Patch & Stallard
P.O. Box 350
Taunton, MA 02780

Eversource
P.O. Box 660369
Dallas, TX 75266

First Citizens
P.O. Box 270
Fairhaven, MA 02719

Fleet Matics
P.O. Box 347472
Pittsburgh, PA 15251

Fleet Pride
P.O. Box 281881
Atlanta, GA 30384

Fleetmatics
P.O. Box 2347472
Pittsburgh, PA 15251

Foley Carrier Services
P.O. Box 8549
Carol Stream, IL 60197

Forward Financing, LLC
36 Bromfield Street, Suite 210
Boston, MA 02108

Frank Corp
615 Tarklin Road
New Bedford, MA 02745

G Lopes Construction, Inc.
490 Winthrop Street
Taunton, MA 02780

Goodyear Commercial
1157 Turnpike Street
Stoughton, MA 02072
```

Gorham Fire Appliance Company
288 Willard Street
Quincy, MA 02169

Graz Concrete Hauling
430 Ralph Talbot Street
South Weymouth, MA 02190

Gregory Keelan
62 Old Washington Street
Pembroke, MA 02359

Harbor One
P.O. Box 720
Brockton, MA 02303

Harvard Pilgrim Health Care
P.O. Box 970050
Boston, MA 02297

Industrial Burner Systems
97 Rawson Road
Quincy, MA 02170

Industrial Communications
P.O. Box 845777
Boston, MA 02284

Internal Revenue Service
P.O. Box. 7346
Philadelphia, PA 19101

Jack Henry & Associates
P.O. Box 6609
Carol Stream, IL 60197

John Foster Lumber Co
829 Webster Street
Marshfield, MA 02050

Lehigh Cement
300 E. John Carpenter Freeway
Irving, TX 75062

Libertas
382 Greenwich Avenue, Suite 2
Greenwich, CT 06830

Lorusso Bristol Stone Corp
P.O. Box 230
Walpole, MA 02081

Lynch's Towing & Recovery
1200 Montello Street
Brockton, MA 02301

```
Marr Crane & Rigging
One D Street
Boston, MA 02127

Massachusetts Department of Revenue
Bankruptcy/Litigation Unit -7th Floor
P.O. Box 9564
100 Cambridge Street
Boston, MA 02114

Massachusetts Department of Unemployment
Legal Dept, 1st Floor
Attn:  Chief Counsel
19 Staniford Street
Boston, MA 02114

Mechanics Cooperative Bank
300 Bay Street
Taunton, MA 02780

Melia Fuel
1704 Ocean Street
Marshfield, MA 02050

Michael Raymond CPA
90 Rockland Street
Hanover, MA 02339

Mid Atlantic Concrete
P.O. Box 36
Elm, PA 17521

MSM
P.O. Box 5065
Buffalo Grove, IL 60089

Netwide Technical Solutions
125 Church Street, Suite 90
Pembroke, MA 02359

New England Real Estate Journal
P.O. Box 55
Accord, MA 02018

Ohrenberger, De Lisi & Harris, LLP
25 New Driftway
Scituate, MA 02066

On Site Lubrication
P.O. Box 1149
Marshfield, MA 02050

People's United Equipment Finance
4225 Naperville Road, Suite 175
Lisle, IL 60532
```

```
Plympton Sand & Gravel
P.O. Box 240
Plympton, MA 02367

Puglia Trucking Co
P.O. Box 374
North Reading, MA 01864

R.A. Smith Trucking
40 Carver Street
Halifax, MA 02338

Safety Kleen
P.O. Box 382066
Pittsburgh, PA 15251

Satuit Realty Trust
72 Front Street
Scituate, MA 02066

Schlager Auto Body Repair, Inc.
299 Centre Street
Quincy, MA 02169

Standard Repair Company
5 Raffaele Road
Plymouth, MA 02360

Steve's Equipment Service
25 Clay Pit Road
Marshfield, MA 02050

Sullivan Tire Companies
41 Accord Park Drive
Norwell, MA 02061

TCF Equipment Finance
15450 South Outer Forty, Suite 220
Chesterfield, MO 63017

TD & I Inc.
2 Earl Street
East Wareham, MA 02538

Terex Advance Mixer, Inc.
7727 Freedom Way
Fort Wayne, IN 46818

The Euclid Company
19218 Redwood Road
Cleveland, OH 44110

The Rubin Law Firm
11 Broadway, Suite 814
New York, NY 10004
```

Thomas Looney
Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Town of Marshfield
870 Morraine Street
Marshfield, MA 02050

Triple Crown Products
814 Ela Avenue
East Wareham, MA 02538

Utility Contractors' Association of New
300 Congress Street, #101
Quincy, MA 02169

Verizon Wireless
Bankruptcy Administration
500 Technology Drive, Suite 500
Saint Charles, MO 63304

Vince Hagen Co.
3500 Oak Lawn Avenue, Suite 720
Dallas, TX 75219

Vitali's Towing
5 Clayton Road
Middleboro, MA 02346

Waste Management
P.O. Box 13648
Philadelphia, PA 19101

Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799