UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 17-13790-FJB |
| SOUTHERN REDI-MIX CORPORATION, ) | |
| ) | CHAPTER 11 |
| Debtor. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of David C. Aisenberg, Esq., Looney Cohen & Aisenberg LLP, 33 Broad Street, 6th Floor, Boston, MA 02109, as counsel for People's United Equipment Finance Corp., creditor in the above action who hereby requests that notice of all matters arising in this case of which notice is sent to any creditor, party in interest, creditor's committee or a member of any creditors' committee be sent to the following address:

David C. Aisenberg, Esq.
Looney Cohen & Aisenberg LLP
33 Broad Street, 6th Floor
Boston, MA 02109
daisenberg@lca-llp.com

Respectfully submitted

PEOPLE'S UNITED EQUIPMENT
FINANCE CORP.

/s/ David C. Aisenberg          .
David C. Aisenberg, BBO #545895
Looney Cohen & Aisenberg LLP
33 Broad Street, 6th Floor
Boston, MA 02109
Tel:(617) 371-1050
Fax: (617) 371-1051
daisenberg@lca-llp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 17-13790-FJB |
| SOUTHERN REDI-MIX CORPORATION, | ) |
| | ) CHAPTER 11 |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I, David C. Aisenberg, Esq., of Looney Cohen & Aisenberg LLP, hereby certify that on October 19, 2017, I served a copy of the Notice of Appearance upon all parties registered to receive filings through the ECF system.

Respectfully submitted

PEOPLE'S UNITED EQUIPMENT
FINANCE CORP.

/s/ David C. Aisenberg          .
David C. Aisenberg, BBO #545895
Looney Cohen & Aisenberg LLP
33 Broad Street, 6th Floor
Boston, MA 02109
Tel:(617) 371-1050
Fax: (617) 371-1051
daisenberg@lca-llp.com