UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:                                )
                                      )
SOUTHERN REDI-MIX                     )    Chapter 11
CORPORATION                           )
                                      )    Case No. 17-13790
        Debtor                        )
                                      )

## AFFIDAVIT IN SUPPORT OF DEBTOR'S
## APPLICATION FOR EMPLOYMENT OF COUNSEL

I, John M. McAuliffe, being duly sworn, depose and say:

1. I am a principal in the professional corporation of McAuliffe & Associates (the "Attorneys") of Newton, MA, and have practiced business and bankruptcy law for more than twenty-five years. I submit this affidavit in support of the Application of Debtor for Authority to Employ McAuliffe & Associates, P.C., as Counsel.

2. I am generally familiar with the business of McAuliffe & Associates, P.C., and have made due inquiry with regard to the facts set forth herein prior to making this affidavit.

3. I am a member of the bar of the Supreme Judicial Court of Massachusetts and the United States District Court for the District of Massachusetts. I hereby certify that I am a member in good standing in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. Neither I, nor any member of my firm, holds or represents any interest adverse to the estate of the above-named debtor.

5. My and my firm's connections with the debtor, any creditor, or other party in interest, their respective attorneys and accountants are as follows: Counsel provided pre-petition advice on workout issues and a chapter 11 filing.

To the best of my knowledge, information and belief, I am, and each member of my firm is, a "disinterested person" as that term is defined in 11 U.S.C. Section 101(14).

6. I have not agreed to share with any person (except payment for work actually performed by members of my firm) the compensation to be paid for the services rendered in this case, except as follows:    None.

7. The firm has received payments in the last 30 days in this case in the total amount of $3,783.00, plus a payment of $1,717 for the filing fee. These funds were applied to prepetition fees incurred in preparation of the Debtor's chapter 11 bankruptcy case leaving $0.00 toward post-petition fees.

8. I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstances relating thereto.

9. I have reviewed the provisions of MLBR 2016-1.

I declare under the pains and penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief, this 12th day of October 2017.

*/s/ John M. McAuliffe*
John M. McAuliffe, Esq.
McAuliffe & Associates, P.C.
430 Lexington Street
Newton, MA 02466
(617) 558-6889
BBO# 555109