UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SOUTHERN REDI-MIX CORPORATION | ) ) | Chapter 11 |
| | ) | Case No. 17-13790-FJB |
| Debtor | ) | |
| | ) | |

# CERTIFICATE OF SERVICE

      I, John M. McAuliffe, hereby certify that on the date stated below I served the *Motion for an Order (1) Authorizing The Use of Cash Collateral, (2) Granting Replacement Liens, (3) Scheduling a Hearing on the Further Use of Cash Collateral, and (4) Granting Other Relief;* (the "Cash Collateral Motion"), (B) *Motion by Debtor to (A) Pay Prepetition Wages, Salaries, Expenses and Benefits and (B) Use Existing Payroll Accounts and Business Forms* (the "Wage Motion"), (C) *Motion for Authorization to Continue Debtor's Workers Compensation Insurance and other Liability and Property Insurance Policies and to Pay Premiums and other Amounts Owed Thereunder* ("Insurance Motion"), and (D) *Debtor's Request for an Order Authorizing the Use of Existing Bank Account for Credit Card Transactions and Deposits*, (collectively the "First Day Motions") to the parties on the attached Service List via the United States Bankruptcy Court's CM/ECF filing system, facsimile, or email.

      /s/ John M. McAuliffe
      John M. McAuliffe, Esq.
      McAuliffe & Associates, P.C.
      430 Lexington Street
      Newton, MA 02466
      (617) 558-6889
      BBO# 555109

Dated: October 13, 2017

All First Day Motions served via ECF/CM on the following parties:

United States Trustee – USTPRegion01.BO.ECF@USDOJ.GOV
John Zajac – jzajac@glopes.com

**All First Day Motions served to the following parties:**

| | |
|---|---|
| David M. Baker, Esq.<br>D. Baker Law Group, P.C.<br>10 North Main Street, Ground Level<br>Fall River, MA 02720 | Via Email |
| Thomas Looney, Esq.<br>James Liston, Esq.<br>Hackett Feinberg, P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 | Via Email (counsel for Lehigh Concrete) |
| David Szalyga, Esq.<br>The Rubin Law Firm, PLLC<br>11 Broadway, Suite 814<br>New York, NY 10004 | Via Email (counsel for Capital Stack, LLC) |
| Cape Cod Redi Mix<br>P.O. Box 399<br>Orleans, MA 02653 | Via Email to counsel (Michael Pierce) |
| Capital Stack<br>11 Broadway, Suite 814<br>New York, NY 10004 | Via Email to counsel |
| Commercial Credit Group<br>Attn: Mark Lempko<br>400 Essjay Road, Suite 340<br>Buffalo, NY 14221 | Via Email |
| Libertas<br>382 Greenwich Avenue, Suite 2<br>Greenwich, CT 06830 | Via email |
| Mechanics Cooperative Bank<br>300 Bay Street<br>Taunton, MA 02780 | Via email to counsel |
| People's United Equipment Finance | Via email |

| | |
|---|---|
| 4225 Naperville Road, Suite 175 <br> Lisle, IL 60532 | |
| Classic Tractor Services, LLC <br> 201 Grove Street <br> Kingston, MA 02364 | Via email |
| Lehigh Cement <br> 300 E John Carpenter Freeway <br> Irving, TX 75062 | Via email to counsel |
| G. Lopes Constrcution <br> 490 Winthrop Street <br> Taunton, MA 02780 | Via ECF/CM & Email to counsel |

**Counsel notified all parties below of the hearing on the First Day Motions and informed all parties that if they desired copies of the First Day Motions to contact counsel.   None of the <u>following parties requested a copy of the First Day Motions.</u>**

| | |
|---|---|
| Amur Equipment Finance <br> 308 N. Locust Street, Suite 100 <br> P.O. Box 2555 <br> Grand Island, NE 68801 | Via Facsimile |
| First Citizens <br> P.O. Box 270 <br> Fairhaven, MA 02719 | Via Facsimile |
| Forward Financing, LLC <br> 36 Bromfield Street, Suite 210 <br> Boston, MA 02108 | Via Facsimile |
| Harbor One <br> P.O. Box 720 <br> Brockton, MA 02303 | Via Facsimile |
| TCF Equipment Finance <br> 15450 South Outer Forty, Suite 220 <br> Chesterfield, MO 63017 | Via Facsimile |
| Wells Fargo Dealer <br> P.O. Box 25341 <br> Santa Ana, CA 92799 | Via Facsimile |
| All Cape Spring/Southeast <br> 147 State Road, Route 3A | Via Facsimile |

P.O. Box 1503
Sagamore Beach, MA 02562

Ciment Quebec                                              Via Facsimile
145 du Centenaire Blvd
Quebec, Canada GOA 3GO

Donellon Orcutt, Patch & Stallard                          Via Facsimile
P.O. Box 350
Taunton, MA 02780

Harvard Pilgrim Health Care                                Via telephonic notice to legal counsel
P.O. Box 970050
Boston, MA 02297

Lorusso Bristol Stone Corp                                 Via Facsimile
P.O. Box 230
Walpole, MA 02081

Melia Fuel                                                 Via facsimile
1704 Ocean Street
Marshfield, MA 02050

Mid Atlantic Concrete                                      Via facsimile
P.O. Box 36
Elm, PA 17521

On Site Lubrication                                        Via telephonic (voicemail)
P.O. Box 1149
Marshfield, MA 02050

Plympton Sand & Gravel                                     Via facscimile
P.O. Box 240
Plympton, MA 02367

Puglia Trucking Co.                                        Email
P.O. Box 374
North Reading, MA 01864

Vince Hagen Co.                                            Via facsimile
3500 Oak Lawn Avenue, Suite 720
Dallas, TX 75219