2.    granting such other and further relief as this Court deems just and proper.

SOUTHERN REDI-MIX
CORPORATION

_____
Gregory Keelan, President

Dated: