Supplemental Budget to Motion for Use of Cash Collateral filed on 10/12/1

| | | Actual | Actual | Forecast 1 | Forecast 2 | Forecast 3 | Forecast 4 | forecast 5 | forecast 6 | forecast 7 | forecast 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/13-10/14 | 10/15-10/21 | 10/22/2017 | 10/29/2017 | 11/5/2017 | 11/12/2017 | 11/19/2017 | 11/26/2017 | 12/3/2017 | |
| | Beginning cash (Book) | $ 27,632.41 | $ 10,928.56 | 31,493 | 17,292 | 8,979 | 3,968 | 5,797 | 24,424 | 39,981 | |
| **CASH COLLECTIONS** | | | | | | | | | | | |
| | Reciepts Checks | $ 2,000.00 | $ 69,843.25 | 68,570 | 70,000 | 70,000 | 75,000 | 95,000 | 78,817 | 80,000 | |
| | Credit Card Sales | $ 1,895.73 | $ 4,026.17 | 9,124 | 9,812 | 10,597 | 10,044 | 6,818 | 8,181 | 8,181 | |
| | Cash Sales | | | 582 | 626 | 676 | 641 | 435 | 522 | 522 | |
| | TOTAL INCOMING CASH | $ 31,528.14 | $ 84,797.98 | 109,769 | 97,730 | 90,252 | 89,654 | 108,049 | 111,944 | 128,684 | |
| Footnote A | **Cost of Goods Sold** | | | | | | | | | | |
| | Direct Materials | $ - | $ 25,000.00 | 40,000 | 41,000 | 40,000 | 42,000 | 42,000 | 28,000 | 37,000 | |
| | Payroll including burden | $ 20,599.58 | $ 22,988.89 | 23,000 | 23,000 | 23,000 | 23,000 | 23,000 | 22,000 | 22,000 | |
| | Fuel Utilities and trucking | $ - | $ 2,559.00 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 5,000 | 7,500 | |
| | Sub total | $ 20,599.58 | $ 50,547.89 | 70,500 | 71,500 | 70,500 | 72,500 | 72,500 | 55,000 | 66,500 | |
| **EXPENSES** | | | | | | | | | | | |
| | Advertising | $ - | | | | | - | | | | |
| | Auto and Tolls | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | Fuel Retail | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | Payroll Service | | 139.75 | $ 81 | $ 81 | $ 81 | $ 81 | $ 81 | $ 81 | $ 81 | |
| | CC Expense/Bank | $ - | $ 25.00 | $ 319 | $ 343 | $ 371 | $ 352 | $ 239 | $ 286 | $ 286 | |
| | water | $ - | $ - | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | |
| Footnote 1 | Professional Services | $ - | $ - | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | $ 1,200 | |
| Footnote 2 | Registration/Excise Tax | $ - | $ 2,200.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Footnote 2 | Permits(Over Weight/Heavy Hig | $ - | | | | | | | | | |
| | Meals T/E | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Footnote 3 | Software | $ - | $ - | $ 231 | $ 248 | $ 267 | $ 254 | $ 173 | $ 207 | $ 207 | |
| Footnote 4 | Drug testing | $ - | $ - | $ 30 | $ 32 | $ 35 | $ 33 | $ 23 | $ 27 | $ 27 | |
| | Plant and Equipment Repairs | $ - | $ 741.39 | $ - | $ 1,500 | $ 1,500 | | $ - | $ 1,500 | $ - | |
| | Tires | $ - | $ - | $ 1,200 | $ - | $ - | | $ 1,200 | $ - | $ 1,200 | |
| | Equipment and Truck rental | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Footnote 5 | Trash | $ - | $ - | $ 50 | $ 54 | $ 58 | $ 55 | $ 38 | $ 45 | $ 45 | |
| | Office, Phones, IT | | $ 194.44 | $ 194 | $ 194 | $ 194 | $ 200 | | | $ 200 | |
| | It billing upgrade | $ - | | | | | | | | | |
| | Donations and Discounts | $ - | | | | | | | | | |
| Footnote6 | Rents | $ - | | | $ 13,525 | | | | | | |
| Footnote 7 | Insurance Property/vehicle/WC | $ - | $ - | $ 12,195 | | $ 12,195 | | | $ 12,195 | | |
| Footnote 8 | Insurance Health | $ - | | $ 7,344 | | | $ 7,344 | | | $ 7,344 | |
| Footnote 8A | (Employee Reimburseement) | | $ (543.00) | $ (918) | $ (918) | $ (918) | $ (918) | $ (918) | $ (918) | $ (918) | |
| | Taxes - Real Estate | $ - | | | $ 941 | | | | $ 941 | | |
| | Operational Expenses | $ - | $ 2,757.58 | $ 21,977 | $ 17,252 | $ 15,034 | $ 8,651 | $ 2,084 | $ 15,614 | $ 9,722 | |
| | Sub total outflows inc. direct co | $ 20,599.58 | $ 53,305.47 | $ 92,477 | $ 88,752 | $ 85,534 | $ 81,151 | $ 74,584 | $ 70,614 | $ 76,222 | |
| | Sub Total Inflows | $ 31,528.14 | $ 84,797.98 | $ 109,769 | $ 97,730 | $ 90,252 | $ 89,654 | $ 108,049 | $ 111,944 | $ 128,684 | |
| | Sub Total Net Cash Flow | $ 10,928.56 | $ 31,492.51 | $ 17,292 | $ 8,979 | $ 4,718 | $ 8,503 | $ 33,465 | $ 41,330 | $ 52,461 | |
| | **Lien Holders Vehicles** | | | | | | | | | | |
| | Amur/Axis Capital/Triton | | | | | $ 800.00 | | | | | |
| | Commercial Credit Group | | | | | | | | | | |
| | Commercial Credit Group | | | | | | | $ 8,500.00 | | | |
| | First Citizens Federal Credit Unit | | | | | | | $ 541.00 | | | |
| | Peoples United | | | | | | | | | $ 4,960.00 | |
| | Harbor One Bank | | | | | | | | $ 750.00 | | |
| | Ford Motor Corp | | | | | | | | $ 599.00 | | |
| Footnote 9 | TCF | | | | | | | | | | |
| | Wells Fargo | | | | | $ 750.00 | | | | | |
| Footnote 10 | Mechanics Cooperative Bank | | | | | | $ 1,906.00 | | | | |
| Secured Obligations | Sub Total Lien Holders Vehicles | $ - | $ - | $ - | $ - | $ 750.00 | $ 2,706.00 | $ 9,041.00 | $ 1,349.00 | $ 4,960.00 | |
| | Subtotal Cash Flow | $ 10,928.56 | $ 31,492.51 | $ 17,292.40 | $ 8,978.89 | $ 3,968.33 | $ 5,796.57 | $ 24,423.96 | $ 39,980.62 | $ 47,501.29 | |
| Footnote 11 | Junior Lien Holder Interest | | | | | | | | | | |
| | to other collateral paymet TBD | | | | | | | | | | |
| | Forward Financial | | | | | | | | | | |
| | Capital Stack ACH | | | | | | $ - | | | | |
| | Libertas 1 and 2 | | | | | | $ - | | | | |
| | Lehigh | | | | | | | | | | |
| | Sub Total Jr. Lien Holders | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| | **ENDING CASH** | $ 10,928.56 | $ 31,492.51 | 17,292.40 | 8,978.89 | 3,968.33 | 5,796.57 | 24,423.96 | 39,980.62 | $ 47,501.29 | |
| Footnote A | Direct Materials are COD | | | | | | | | | | |
| Footnote 1 | Legal and CPA estimates | | | | | | | | | | |
| Footnote 2 | Due April $21,000 est | ear | | | | | | | | | |
| Footnote 3 | Due Dec. $6,100 est | | | | | | | | | | |
| Footnote 4 | DOT compliance | | | | | | | | | | |
| Footnote 5 | Waste Management | | | | | | | | | | |
| Foot Note 6 | Office 500 sf Plain Street $525 mo. | | | | | | | | | | |
| | Use fee Clay Pit Rd $12,500/mo | | | | | | | | | | |
| | Lease Plant $1 annual | | | | | | | | | | |
| Footnote 7 | Ins Pck, adjusted for returns | | | | | | | | | | |
| Footnote 8 | Health and Dental insurance for 6 | | | | | | | | | | |
| Footnote 8A | Reimbursement 50% employee paid | | | | | | | | | | |
| Footnote 9 | TCF-The Debtors Estate surrenders equipment | | | | | | | | | | |
| Footnote 10 | Mechanics Bank paid per existing loan | | | | | | | | | | |
| Footnote 11 | The holders of these claims in Collateral that the Debtor deems as junior to the interest in other Lenders interests are listed here and their claims are subject to a determination of the extent, amount and validity of their interest in the Collateral of the Debtor's Estate. | | | | | | | | | | |