UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>SOUTHERN REDI-MIX CORPORATION,<br><br>Debtor. | Chapter 11<br>Case No. 17-13790-FJB |

### CERTIFICATE OF SERVICE

I, David C. Aisenberg, hereby certify that on the date stated below I served a true copy of the **Motion of People's United Equipment Finance Corp. for Relief from the Automatic Stay** to the parties on the attached Service List via the United States Bankruptcy Court's CM/ECF filing system, email or first-class mail, postage prepaid.

Respectfully submitted,

PEOPLE'S UNITED EQUIPMENT FINANCE CORP.

By its attorneys,

/s/ David C. Aisenberg
David C. Aisenberg, BBO 545895
LOONEY COHEN & AISENBERG LLP
33 Broad Street, 6th Floor
Boston, MA 02109
(617) 371-1050
daisenberg@lca-llp.com

Dated: October 31, 2017

## SERVICE LIST

**Via ECF/CM on the following parties**:

| | |
|---|---|
| United States Trustee: | USTPRegion01.BO.ECF@USDOJ.GOV |
| John Zajac: | jezesq@cs.com |
| David Baker, Esq.: | david@dbakerlawgroup.com |
| James Liston, Esq.: | jml@bostonbusinesslaw.com |
| People's United Equipment: | rbonsignore@puefc.com |
| John M. McAuliffe, Esq.: | john@jm-law.net |

**Via U.S. Mail to the following parties**:

**Counsel:**

David Szalyga, Esq.
The Rubin Law Firm, PLLC
11 Broadway, Suite 814
New York, NY 10004

Jeffrey S. Cianciulli, Esq.
Weir & Partners, LLP
The Widener Building, Suite 500
1339 Chestnut Street
Philadelphia, PA 19107

**Secured Parties:**

Amur Equipment Finance
308 N. Locust Street, Suite 100
P.O. Box 2555
Grand Island, NE 68801

Cape Cod Redi Mix
P.O. Box 399
Orleans, MA 02653

Capital Stack
11 Broadway, Suite 814
New York, NY 10004

Commercial Credit Group
Attn: Mark Lempko
400 Essjay Road, Suite 340
Buffalo, NY 14221

First Citizens
P.O. Box 270
Fairhaven, MA 02719

Forward Financing, LLC
36 Bromfield Street, Suite 210
Boston, MA 02108

Harbor One
P.O. Box 720
Brockton, MA 02303

Lehigh Cement
300 E. John Carpenter Freeway
Irving, TX 75062

Libertas
382 Greenwich Avenue, Suite 2
Greenwich, CT 06830

Mechanics Cooperative Bank
300 Bay Street
Taunton, MA 02780

People's United Equipment Finance
4225 Naperville Road, Suite 175
Lisle, IL 60532

TCF Equipment Finance
15450 South Outer Forty, Suite 220
Chesterfield, MO 63017

Wells Fargo Dealer
P.O. Box 25341
Santa Ana, CA 92799

**Top 20 Unsecured Creditors:**

All Cape Spring/Southeast
147 State Road, Route 3A
P.O. Box 1503
Sagamore Beach, MA 02562

Cape Cod Redimix
P.O. Box 399
Orleans, MA 02653

Ciment Quebec
145 du Centenaire Blvd.
Quebec, Canada G0A 3G0

Classic Tractor Services, LLC
201 Grove Street
Kingston, MA 02364

Donellon Orcutt, Patch & Stallard
P.O. Box 350
Taunton, MA 02780

G. Lopes Construction
490 Winthrop Street
Taunton, MA 02780

Harvard Pilgrim Health Care
P.O. Box 970050
Boston, MA 02297

Lorusso Bristol Stone Corp.
P.O. Box 230
Walpole, MA 02081

Melia Fuel
1704 Ocean Street
Marshfield, MA 02050

Michael Raymond
90 Rockland Street
Hanover, MA 02339

One Site Lubrication
P.O. Box 1149
Marshfield, MA 02050

Plympton Sand & Gravel
P.O. Box 240
Plympton, MA 02367

Puglia Trucking Co.
P.O. Box 374
North Reading, MA 01864

R.A. Smith Trucking
40 Carver Street
Halifax, MA 02338

Vince Hagen Co.
3500 Oak Lawn Avenue
Suite 720
Dallas, TX 75219